1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK A. MARTINEZ,                    1:08-cv-01777-AWI-SMS (PC)

12           Plaintiff,                      ORDER GRANTING PLAINTIFF'S THIRD
                                             MOTION TO EXTEND TIME TO FILE
13        vs.                                OBJECTIONS TO FINDINGS AND
                                             RECOMMENDATIONS
14   JIM TILTON, et al.,
                                             (Doc. 24)
15           Defendants.
                                             45-DAY DEADLINE
16   _____/

17         Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On March 28, 2010,  plaintiff filed a motion to extend time to file objections to the

19   findings and recommendations, issued on January 25, 2010.  Good cause having been presented

20   to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21         Plaintiff is granted forty-five (45) days from the date of service of this order in which to

22   file objections to findings and recommendations.

23   IT IS SO ORDERED.

24   **Dated:    April 30, 2010**                  /s/ **Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28